930 A.2d 1252

**Gerard McSHEA, Charles A. Gaskins, and Emroyal Jones, Individually and on Behalf of all others Similarly Situated, Petitioners**

v.

**The CITY OF PHILADELPHIA, Respondent.**

Supreme Court of Pennsylvania.

Aug. 8, 2007.

## *ORDER*

PER CURIAM.

**AND NOW,** this 8th day of August 2007, the Petition for Allowance of Appeal is **GRANTED.** The issues, rephrased for clarity, are:

(1) Whether the Commonwealth Court misapplied the pleading requirements of Pa.R.C.P. 1019 in interpreting Count 111 of Petitioner's amended complaint as asserting a tort claim rather than a contract claim?

(2) Whether the Commonwealth Court misapplied Pennsylvania law when it held that the City was immune from liability under the Tort Claims Act?